AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 1:22-cr-00031 (1:24-cv-00010) |
| JAYSON DWAYNE WHEATLEY | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Court's Order dated 10/17/2024, the Court adopts the Report and Recommendation of the Magistrate Judge as its opinion, grants Respondent's Motion to Dismiss, and dismisses Petitioner's motion filed pursuant to 28 U.S.C. §2255. The Court further denies a COA in this case and Petitioner is not entitled to appeal in forma pauperis.

| | |
|---|---|
| 10/17/2024 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020